# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BILLIE POWELL, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ) <br> THE HERSHEY COMPNAY, ) <br> ) <br> Defendant. ) | Case No. 4:23-CV-00341 JAR |

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Dismissal Without Prejudice (Doc. No. 17),

**IT IS HEREBY ORDERED** that this case is **DISMISSED without prejudice.**

Dated this 1st day of May 2023.

*/s/ John A. Ross*
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

1